UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,       )
                                )    NOS.  CR-09-0157-WFN-1
                Plaintiff,       )          CV-11-0436-WFN
                                )
        -vs-                     )
                                )    ORDER
JULIO LAGOS-MENDOZA,            )
                                )
                Defendant.       )
                                )

        Pursuant to the Ninth Circuit's Order denying authorization to file a second or successive § 2255 Motion,

        **IT IS ORDERED** that Mr. Lagos-Mendoza's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, **ECF No. 57**, is **STRICKEN**.

        The District Court Executive is directed to file this Order, provide copies to counsel and Mr. Mendoza, and **CLOSE** the corresponding civil file, CV-11-0436-WFN.

        **DATED** this 13th day of February, 2013.

                                                    s/ Wm. Fremming Nielsen
                                        _____
02-13-13                                    WM. FREMMING NIELSEN
                                        SENIOR UNITED STATES DISTRICT JUDGE

ORDER